UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY TAYLOR,                         PLAINTIFF
          -AGAINST-
TAYLOR
NYCDOC; ET AL .,

                              DEFENDANTS

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

NOV 30 2016

1:14-cv-04708
ENV          BROOKLYN OFFICE

<u>ADDEDUM MOTION TO AMEND TO ADD SOCIAL SERVICE SPVR BONIFACIO  TO SUIT</u>

   PLAINTIFF, ROY TAYLOR HEREBY MOVES FOR THE ABOVE MOTION TO ADD S.S. C

COUNSELOR S8VR <u>BONIFACIO</u>   AS A DEFENDANT IN THIS 42 1983 CIVIL ACTION

SUIT -- ALONG WITH SS COUNSELORS S HAKIM AND MOORE FOR THE FOLLOWING

REASONS SETFORTH BELOW:

1. PLAINTIFF WHILE AT RNDC RIKERS HAVE MADE SEVERAL REQUEST TO SOCIAL

SERVICE SUPERVISOR <u>BONIFACIO</u>   TO CONTACT THE FEDERAL COURT EASTERN

DISTRCT COURT AND TO CONTACT HIS ATTORNEY MARINO WHO IS AN 18B AND PRIVATE

ATTORNEY AND TO CONTACT A BAILSBONDSMEN TO TRY TO MAKE PROZISIONS TO BAILOUT

AND TO DISCUSS CIVIL & CRIMINAL MATTERS WHICH MINIMUM STANDARDS SAYS I

AM AFFORDED. I HAD INFORMED COUNSELOR SMITH I DOCUMENT THIS DENIAL & HE WENT
BACK TO MS BONIFACIO AND THE NEXT DAY I SPOKE TO HER & SHE SHOWED AN ATTITUDE!

2. THIS WAS ULTIMATELY DENIED BY BONIFACIO WITHOUT ANY LEGITAMENT EXCUSE OR

EXPLAINATION CLAIMING THIS IS NOT AFFORDED THIS., WHEN CLEARLY IT IS BASED

ON THE MINIMUM STANDARDS LAID OUT IN NYCDOC MANUAL & BOOKLET ISSUED TO

INMATES.

   THIS IS A CONSTANT PROBLEM BY CIVILAINS SOCIAL SERVICE COUNSELORS DENYING

THESE PRIVILEGES AND MINIMAL STANDARDS WHERE THEY'RE PAID TO PROVIDE A SERVICE

AND YET DON'T PROVIDE THIS TO PLAINTIFF.

   WHEREFORER PLAINTIFF PRAYES THIS DEFENDANT IS THUS BE ADDED TO THIS ACTION

AND THE COURT WOULD BE JUST AND PROPER.

RESPECTFULLY SUBMITTED,

*Roy Taylor*

ROY TAYLOR, PLAINTIFF B/C3491607711 4UPso
RNDC RIKERS 11-11 HAZEN STREET
EAST ELMHURST, NY 11370

                    ( OVER)

## CERTIFICATE OF SERVICE

PLAINTIFF ROY TAYLOR HAVE BY US 1ST CLASS MAIL MAILED THIS ADDEDUM MOTION TO AMEND TO THE USDC EAST DIST & TO ASST CORP COUNSEL ON 11-18-16.

*Roy Taylor*
ROY TAYLOR, PLAINTIFF

H ON JUDGE TISCIONE
USDC EAST DIST
225 CADMEN PLAZA EAST
BROOKLYN, N.Y. 11201

re: TAYLOR V. NYCDOC;ET AL
    1:14-cv-04708

"YOUR HONOR JUDGE TISCIONE;

THIS IS MR ROY TAYLOR, PRO'SE PLAINTIFF IN THIS ACTION AND 11-17-16 THE SCHEDULED TELECONFERENCE I WAS SCHEDULED FOR CRIMINAL COURT PART B WHICH I WAS NOT AWARE OF. SO IF YOU WILL PLEASE MAKE PROVISIONS TO RESCBE DULE, IF YOU WILL. MY NEXT COURT DATES ARE 1-14; /24 of 2017., SO IF YOU WILL PLEASE SCBEDULE IT THEREAFTER OR BEFORE THEN.

IN ADDITION A AMENDED & ADDEDUM MOTION TO ADD OTHER DEFENDANTS AS 3RD PARTY DEFENDANTS HAS BEEN FILED WHICH I FEEL COMPELLED TO DO BECAUSE IT SEEMS THE SAME PROBLEMS IS OCCURRING AT ALL THE JAILS WHICH I NOW FEEL ANY RULINGS SHOULD ULTIMATELY BE RETROACTIVE THROUGHOUT DOC JAILS BECAUSE IT HAS EXHIBITED A CLEAR PATTERN OF CONDUCT OF THE SAME THINGS AND CONST VIOLATIONS BY CIVILIAN & GUARDS & OFFICIALS WORKING FOR THE DOC.

I ALSO ASK THAT THE COURT DIRECT ASST CORP COUNSEL TO FIRST CHECK ALL 3 COURT DATES I HAVE AND WORK ARBUND MY CASES TO RESCHEDULE AND NOT JUST MAKE DATES I GO TO COURT, IF THE COURT WILL.

THANK YOU FOR YOUR TIME.

RESPECTFULLY,

ROY TAYLOR
RNDC 11-11 HAZEN ST
EAST ELMHURST, NY 11370