FORM 1



NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

ROY TAYLOR

NOTICE OF APPEAL

DIST CT. 14-cv-4708(ENV)(ST)
Docket No.

Notice is hereby given that __PLAINTIFF, PRO'SE HEREBY MOVES__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) DISMISSING THIS ACTION FROM THE DISTRICT COURT ON CONDITIONS OF BOBCC AND EMTC; ET AL DATED: 10-18-2018 BEFORE THE USDC EASTERN DIST

entered in this action on the 18th day of NOV, 20 18.

Roy Taylor
Signature

ROY TAYLOR
Printed Name

AMKC 1818 HAZEN STREET EAST ELMHURST NEW YORK 11370
Address

_____

( )
Telephone No. (with area code)

Date: 11-18-18


RECEIVED JAN 24 2019 PRO SE OFFICE

CLERK OFFICE
USDC EASTERN DISTRICT OF NY
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201
11-18-2018

RE: TAYLOR V. DOC❤ OBCC, EMTC, 14-cv-4708 (ENV)(ST)

DEAR CLERK PLEASE SEE COPY OF APPEAL AND AUTHORITY CASES AND NOTICE OF THE APPEAL ENCLOSED. I ASK THAT YOU PLEASSE SEND ME AND THE COURT THE ENTIRE RECORD & MINUTES IN THIS CASE AS A POOR PERSON. SEE DECISION ALSO ALSO PLEASE SEND me THE IN FORMA PAUPERIS APPLICATION TO Fill out & return v. YOUR RESPONSE YOU RECIEVED THIS IS APPRECIATED. PLEASE RESPOND.

RESPECTFULLY,

Roy Taylor
ROY TAYLOR B/C3491804923 IS Qt up4
AMKC 1818 HAZEN STREET
EAST ELMHURST, NY 11370

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 24 2019 ★
BROOKLYN OFFICE

cc:

Roy Taylor, Applicant B/C 3491804923
AMKC 18-18 Hazen Street
East Elmhurst, N.Y. 11370

ATTN: Clerk's Office

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

" Legal Mail "

USMS